1  Sean P. Nalty (SBN 121253)
   sean.nalty@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
3  One Market Plaza
   San Francisco, CA  94105
4  Telephone:   415.442.4810
   Facsimile:   415.442.4870
5
   Attorneys for Defendant
6  UNUM LIFE INSURANCE COMPANY OF AMERICA

7  Rebecca Grey (SBN 194940)
   grey@greylaw-sf.com
8  THE GREY LAW FIRM, P.C.
   235 Montgomery Street, Suite 1101
9  San Francisco, CA  94104
   Telephone:   415.262.9926
10 Facsimile:   415.262.9981

11 Attorney for Plaintiff
   ROLAND BLAJ
12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| ROLAND BLAJ,<br><br>            Plaintiff,<br><br>      v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, GEMFIRE LONG TERM DISABILITY PLAN,<br><br>            Defendants. | Case No. 3:13-CV-04075 MMC<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: September 3, 2013<br>Trial Date:<br>Judge:            Hon. Maxine M. Chesney |

Case No. 3:13-CV-04075 MMC
STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff Roland Blaj and defendant Unum Life Insurance Company of America (collectively "the Parties"), through their respective attorneys of record, that the Parties have resolved this matter in its entirety.

IT IS HEREBY AGREED that the entire action shall be dismissed with prejudice, each side to bear their own attorneys' fees and costs.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: September 2, 2014.          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Sean P. Nalty*
    Sean P. Nalty

Attorneys for Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA

DATED: September 2, 2014.          THE GREY LAW FIRM, P.C.


By: */s/ Rebecca Grey*
    Rebecca Grey

Attorney for Plaintiff ROLAND BLAJ

---

1                                                                     Case No. 3:13-CV-04075 MMC
STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

Dated:  August 19, 2014    By:   */s/ Sean P. Nalty*
                                  Sean P. Nalty

Attorneys for Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE ENTIRE ACTION IS HEREBY DISMISSED WITH PREJUDICE.

DATED: September 3, 2014           _____
Honorable Maxine M. Chesney
United States District Court Judge

18739520.1